IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK FLOORING & TILE COMPANY<br><br>Defendant. | Case No. 10 cv 5385<br><br>Judge Der-Yeghiayan |

## Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court for an entry of judgment and in support Plaintiffs state:

1. This is and ERISA trust fund case seeking delinquent contributions, interest, liquidated damages, dues check-off and attorney fees.

2. On December 3, 2010 this Court entered an Order of Default against the Defendant for its failure to answer to the complaint. (Exhibit A)

3. The Order of Default directed the Defendant, among other things, to submit reports and contributions. The Court retained jurisdiction to enter a final judgment for the contributions and dues checkoff shown to be owed by way of an estimate or otherwise, including interest, liquidated damages and attorney fees pursuant to the trust agreements and ERISA Section 1132(g)(2). (Exhibit A)

4. The Defendant submitted the monthly contribution reports and contributions, but failed to pay the attorney fees and costs. Plaintiffs' counsel sent correspondence to the Defendant requesting payment, but Defendant did not respond. (Exhibit B)

5. The Defendant owes the sum of $4,017.75 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit C, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted in the amount of $4,422.75.

>Respectively submitted,
>
>s/ DANIEL P. McANALLY
>Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700